DAVID S. RATNER (SBN 316267)
SHELLEY A. MOLINEAUX (SBN 277884)
RATNER MOLINEAUX, LLP
1990 N. California Blvd., Suite 20
Walnut Creek, CA 94596
Tel: (925) 239-0899
david@ratnermolineaux.com
shelley@ratnermolineaux.com

Attorneys for Plaintiff
MEGAN OLSEN

LINDSEY FITCH (SBN 238227)
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, CA 95814-4428
Tel: (916) 448-0159
lfitch@seyfarth.com

SHIVA FATOORECHI EMRANI (SBN 271823)
SOFYA PERELSHTEYN (SBN 320931)
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Tel: (310) 277-7200
semrani@seyfarth.com
sperelshteyn@seyfarth.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN OLSEN, individually,<br><br>        Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a California corporation, and DOES 1 through 50, inclusive.<br><br>        Defendants. | Case No. 2:22-cv-02294-MCE-JDP<br><br>**ORDER GRANTING PARTIES STIPULATION TO EXTEND DISCOVERY CUT-OFF DATES** |

Having considered the Stipulation of Counsel for the Parties and good cause appearing:

**IT IS HEREBY ORDRED** that:

1. The fact discovery date in this action be continued to September 1, 2024;

2. The expert disclosure date in this action be continued to March 29, 2025;

3. The deadline for dispositive motions is continued to February 28, 2025; and

4. Not later than thirty (30) days following the date this Court's ruling on the last filed dispositive motion is filed, or not later than thirty (30) days following the expiration of the dispositive motion deadline if no dispositive motions are filed, the parties are ordered to file a Joint Notice of Trial Readiness.  The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial.  After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

5. All other dates and deadlines associated with the requested relief likewise be continued in accordance with these new dates

**IT IS SO ORDERED.**

Dated:  February 26, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE