# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN OLSEN, | Case No. 2:22-cv-2294-DJC-JDP |
| Plaintiff, | |
| v. | ORDER |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

This case was before the court on December 19, 2024, for a pre-discovery motion conference. ECF No. 34. For the reasons stated on the record, it is hereby ORDERED that the scheduling order is modified to extend the deadline for completion of discovery to February 7, 2025. All other deadlines remain in place.

IT IS SO ORDERED.

Dated: \_\_\_December 20, 2024\_\_\_   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE