DAVID S. RATNER (SBN 316267)
SHELLEY A. MOLINEAUX (SBN 277884)
RATNER MOLINEAUX, LLP
1148 Alpine Rd., Suite 201
Walnut Creek, CA 94596
Tel: (925) 239-0899
david@ratnermolineaux.com
shelley@ratnermolineaux.com

Attorneys for Plaintiff
MEGAN OLSEN

SHIVA FATOORECHI EMRANI (SBN 271823)
SOFYA PERELSHTEYN (SBN 320931)
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Tel: (310) 277-7200
semrani@seyfarth.com
sperelshteyn@seyfarth.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEGAN OLSEN, individually, <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, a California corporation, and DOES 1 through 50, inclusive. <br><br> Defendants. | Case No. 2:22-cv-02294-DJC-JDP <br><br> **ORDER GRANTING PARTIES STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES** |

Having considered the Stipulation of Counsel for the Parties and good cause appearing:

    **IT IS HEREBY ORDRED** that:

    1.    That the initial expert disclosure date in this action be continued to March 28, 2025;

2. That the rebuttal expert disclosure date in this action be continued to April 25, 2025; and

3. That the expert discovery deadline is continued to May 23, 2025.

**IT IS SO ORDERED.**

Dated: March 14, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE