UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN OLSEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, a California corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-02294-DJC-JDP<br><br>Honorable Daniel J. Calabretta<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND EXPERT DISCOVERY COMPLETION DEADLINE**<br><br>Complaint Filed: November 1, 2022<br>Trial Date: January 20, 2026. |

　　　　Pursuant to the Parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that the deposition of Plaintiff's expert Erin Shelby may proceed on May 27, 2025, notwithstanding the expiration of the expert discovery completion deadline. All other dates and deadlines in the Court's Amended Scheduling Order remain in effect and unchanged.

　　　　**IT IS SO ORDERED**.

Dated:  May 8, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE