UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN OLSEN,<br><br>                Plaintiff,<br><br>     v.<br><br>COSTCO WHOLESALE CORPORATION, a California corporation, and DOES 1 through 50, inclusive,<br><br>                Defendant. | Case No. 2:22-cv-02294-DJC-JDP<br><br>Honorable Daniel J. Calabretta<br><br>**ORDER GRANTING JOINT STIPULATION TO VOLUNTARILY DISMISS SPECIFIC CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)**<br><br>Complaint Filed: November 1, 2022<br>Trial Date: January 20, 2026. |

**ORDER**

Having read and considered the Parties' Joint Stipulation To Voluntarily Dismiss Specific Claims Pursuant To Federal Rule Of Civil Procedure 15(a)(2), the facts upon which the Stipulation is based, and good cause appearing, it is hereby **ORDERED**:

1. The Joint Stipulation is approved.

2. The following claims are dismissed with prejudice: (5) Harassment, Cal. Gov. Code § 12940; (6) Hostile Work Environment Harassment, Cal. Gov. Code § 12940(j); (8) Negligent Infliction of Emotional Distress; (11) Workers' Compensation Discrimination, Labor Code § 132(a); (12) Interference in Violation of FMLA.

3. Plaintiff's seventh cause of action is limited to solely "Failure to Prevent Discrimination," based on the dismissal of Plaintiff's harassment-related claims with prejudice.

4. Each party shall bear its own fees and costs associated with these dismissed claims.

**IT IS SO ORDERED.**

Dated: May 15, 2025                    /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE