UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN OLSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION, a California corporation, and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No. 2:22-cv-02294-DJC-JDP<br><br>Honorable Daniel J. Calabretta<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PLAINTIFF'S MOTION TO COMPEL DEADLINE**<br><br>Complaint Filed: November 1, 2022<br>Trial Date: January 20, 2026. |

**ORDER GRANTING STIPULATION**

Pursuant to the Parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff's motion to compel deadline with respect to Defendant's responses to Plaintiff's Requests for Production, Set Two, is continued to July 23, 2025. All other dates and deadlines remain in effect and unchanged.

IT IS SO ORDERED.

Dated:   July 14, 2025                                          _____
                                                                JEREMY D. PETERSON
                                                                UNITED STATES MAGISTRATE JUDGE