1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MEGAN OLSEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, a California corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-02294-DJC-JDP<br><br>Honorable Daniel J. Calabretta<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>Complaint Filed: November 1, 2022<br>Trial Date: January 20, 2026. |
|---|---|

ORDER GRANTING REQUEST TO SEAL DOCUMENTS

319104965v.1

The Court, having reviewed Costco's Request to Seal Documents, and good cause appearing:

IT IS HEREBY ORDERED that the following documents filed by Plaintiff as part of Exhibit 2 to her Opposition (Dkt. 75) shall be SEALED:

- OLSEN-COSTCO_0001642 through OLSEN-COSTCO_0001671

These documents shall be maintained under seal absent further order.

**IT IS SO ORDERED.**

Dated: July 22, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE