# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEGAN OLSEN ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:22–CV–02294–DJC–JDP** |
| **COSTCO WHOLESALE CORPORATION ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/21/2025 .**

ENTERED:  **August 21, 2025**          /s/  **Keith Holland**
                                                                  Clerk of Court