DAVID S. RATNER (SBN 316267)
SHELLEY A. MOLINEAUX (SBN 277884)
RATNER MOLINEAUX, LLP
1148 Alpine Rd., Suite 201
Walnut Creek, CA 94596
Tel: (925) 239-0899
david@ratnermolineaux.com
shelley@ratnermolineaux.com

Attorneys for Plaintiff
MEGAN OLSEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN OLSEN,<br><br>            Plaintiff,<br><br>     v.<br><br>COSTCO WHOLESALE CORPORATION, a California corporation, and DOES 1 through 50, inclusive,<br><br>            Defendant. | Case No. 2:22-cv-02294-DJC-JDP<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO OBJECT TO DEFENDANT'S BILL OF COSTS** |

## ORDER

The Court having considered the parties' Stipulation, and with good cause appearing, **IT IS ORDERED** that:

1. Plaintiff's time to object to Defendant's Bill of Costs is extended to September 24, 2025.

**IT IS SO ORDERED.**

Dated: September 10, 2025           /s/ Daniel J. Calabretta
                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                         UNITED STATES DISTRICT JUDGE