DAVID S. RATNER (SBN 316267)
SHELLEY A. MOLINEAUX (SBN 277884)
RATNER MOLINEAUX, LLP
1148 Alpine Rd., Suite 201
Walnut Creek, CA 94596
Tel: (925) 239-0899
david@ratnermolineaux.com
shelley@ratnermolineaux.com

Attorneys for Plaintiff
MEGAN OLSEN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN OLSEN,<br><br>       Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, a California corporation, and DOES 1 through 50, inclusive,<br><br>       Defendant. | Case No. 2:22-cv-02294-DJC-JDP<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF REQUEST TO CONDITIONALLY SEAL DOCUMENTS** |

# ORDER

**Having reviewed Plaintiff's Notice of Request to Conditionally Seal Documents, and good cause appearing, IT IS HEREBY ORDERED THAT:**

1. The documents identified in Plaintiff's Notice shall be provisionally filed under seal.
2. Defendant shall file a motion to seal pursuant to Local Rule 141 within five (5) days of this Order.
3. Plaintiff may file an opposition to Defendant's motion to seal within the time permitted by Local Rule 141(c).
4. If Defendant fails to file a motion to seal within the time permitted, or if the Court denies the motion to seal, the documents shall be unsealed without further order.

**IT IS SO ORDERED.**

Dated:  September 19, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE